1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GINN DOOSE, | ) | No. CV 07-06223-DSF (VBK) |
| | ) | |
| Plaintiff, | ) | ORDER (1) ACCEPTING AND ADOPTING |
| | ) | THE AMENDED REPORT AND |
| v. | ) | RECOMMENDATION OF THE UNITED |
| | ) | STATES MAGISTRATE JUDGE, AND (2) |
| IRS, et al., | ) | DISMISSING THE FIRST AMENDED |
| | ) | COMPLAINT |
| Defendants. | ) | |
| | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed Plaintiff's Complaint, First Amended Complaint and all other papers along with the attached Amended Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Amended Report and Recommendation.

**IT IS THEREFORE ORDERED** that Judgment be entered (1) approving

//
//
//
//
//
//

1 | and adopting the Amended Report and Recommendation, and (2) directing
2 | that Judgment be entered dismissing the First Amended Complaint, and
3 | the entire action, with prejudice.

5 | DATED: 3/19/09

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE