UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GINN DOOSE, | ) | No. CV 07-06223-DSF (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| IRS, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the First Amended Complaint and entire action without prejudice.

DATED: 3/18/09

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE